

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 16, 2013

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-13
```

Re:  United States v. Jon Horvath,
     S2 12 Cr. 121 (RJS)

Dear Judge Sullivan:

The sentencing control date in the above-captioned case was previously set for March 31, 2013. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the defendant's sentencing proceeding be adjourned for six months.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  *Antonia Apps*
     Antonia M. Apps
     Assistant United States Attorney
     (212) 637-2198

cc:  Steven R. Peikin, Esq.

SO ORDERED
Dated: 4/13/13
RICHARD J. SULLIVAN
U.S.D.J.