

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 29, 2013

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Jon Horvath,
            S2 12 Cr. 121 (RJS)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-13
```

Dear Judge Sullivan:

        The sentencing control date in the above-captioned case was previously set for September 30, 2013. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the defendant's sentencing proceeding be adjourned for six months.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

        By:      /s/
                Antonia M. Apps
                Assistant United States Attorney
                (212) 637-2198

cc:    Steven R. Peikin, Esq.
       Katherine C. Reilly, Esq.
       (*Counsel for Jon Horvath*)

SO ORDERED
Date: 9/29/13
RICHARD J. SULLIVAN
U.S.D.J.