

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

October 3, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-14
```

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re:   **United States v. Jon Horvath**, S2 12 Cr. 121 (RJS)

Dear Judge Sullivan:

      The Court previously ordered that the Government provide a status update regarding the above-referenced defendant's cooperation. With our apologies for the lateness of this letter, the Government writes respectfully to advise the Court that the defendant's cooperation is ongoing. Moreover, to our knowledge, he continues to comply with all of his bail conditions.

      Accordingly, with the consent of defense counsel, the Government respectfully requests that the defendant's sentencing be adjourned for at least six additional months. In the event there is a change in the status of the defendant's cooperation before such date, the Government will promptly notify the Court.

```
IT IS HEREBY ORDERED THAT the
Government shall submit a letter
apprising the Court of the
status of Defendant's
cooperation by April 3, 2015.
```

SO ORDERED
Date: 10/3/14
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

PREET BHARARA
United States Attorney

/s/ Harry A. Chernoff
By:_____
Harry A. Chernoff
Assistant United States Attorney
(212) 637-2481

cc: Steven R. Peikin, Esq.
    Beth Newton, Esq.
    Counsel for Jon Horvath