

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 3, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-6-15
```

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re:   **United States v. Jon Horvath**, S2 12 Cr. 121 (RJS)

Dear Judge Sullivan:

The Government writes respectfully in connection with the Court's order that the Government advise the Court by this date of the status of the above-referenced defendant.

Because the defendant's cooperation is ongoing, and, to our knowledge, he continues to comply with all of his bail conditions, we respectfully request, with the consent of defense counsel, that the defendant's sentencing be adjourned for at least six additional months. In the event there is a change in the status of the defendant's cooperation before such date, the Government will promptly notify the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Harry A. Chernoff
    _____
    Harry A. Chernoff
    Assistant United States Attorney
    (212) 637-2481

cc: Steven R. Peikin, Esq.
    Beth Newton, Esq.
    Counsel for Jon Horvath

IT IS HEREBY ORDERED THAT the Government shall submit a letter apprising the Court of the status of Defendant's cooperation by July 3, 2015.

SO ORDERED
Dated: 4/6/15
RICHARD J. SULLIVAN
U.S.D.J.