UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JON HORVATH,

           Defendant.

No. 12-cr-121-3 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 26, 2015, the Court issued an Order exonerating Defendant's bail conditions. (Doc. No. 473.) The Court is now in receipt of a letter from Defendant, dated November 18, 2015, and accompanying documents, requesting that the Court authorize the Clerk of the Court to release Defendant's bail to his counsel of record at Sullivan & Cromwell LLP. (Doc. Nos. 477–78.) Defendant's request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the Clerk of the Court is respectfully directed to release Defendant's bail to Steven R. Peikin at Sullivan & Cromwell LLP. The Clerk of the Court is respectfully directed to terminate the letter motions pending at docket entry numbers 470 and 477.

SO ORDERED.

Dated:    November 19, 2015
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE